1 **Tricia Wang (CA Bar No: 178473)**
LAW OFFICE OF TRICIA WANG
2 39159 Paseo Padre Parkway, Suite 205
Fremont, CA 94538
3 Telephone: (510) 791-0232
Fax: (510) 791-5609

4 Attorney for Plaintiff:    Xu, Jia                    *E-FILED - 2/14/08*

5

6 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
7 **SAN JOSE, CALIFORNIA**

8 Jia Xu                                    )
                                            )
9      Plaintiff,                           )
                                            )
10                                          )    Case No. C07-6215 RMW
   vs.                                      )
11                                          )
   Michael Mukasey, Attorney General of the )    MOTION TO CLOSE THE
12 United States; Michael Chertoff, Secretary of the )  CASE; AND [ ]
   Department of Homeland Security; Emilio Gonzalez) ORDER
13 Director of United States Citizenship & Immigration)
   Services; Robert Meuller, Director of the Federal )
14 Bureau of Investigations                 )
15                                          )
                                            )
16                                          )
       Defendants                           )
17 _____)

18 Plaintiff Xia Xu (hereinafter "Plaintiff"), by and through her undersigned counsel, hereby

19 respectfully petition this Honorable Court to close her case filed on December 7, 2007 in view

20 of the final approval of her adjustment of status application filed on January 10, 2000.

21

22 Respectfully submitted,

23 Date: February 4, 2008                    _____/s/_____
                                              Tricia Wang
24                                            Attorney for Plaintiff

25

26

27

28

1

1

2                                              **ORDER**

3   Pursuant to the motion by the Plaintiff, IT IS SO ORDERED.

4

5   Dated: February 14, 2008            _____*Ronald M. Whyte*_____
                                              Ronald M. Whyte
6                                             United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28